UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

FILED
DISTRICT COURT CLERK
WESTERN DIST. OF KY
2009 MAR 20  AM 11: 04

**CRIMINAL ACTION NO.   1:07CR-36-M**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**VS.**

**LARRY BRIGGS**                                                                           **DEFENDANT**

**JURY INSTRUCTIONS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

We have one remaining count to decide.  I will now instruct you on the law you are to apply with respect to that count.  All my previous instructions regarding the credibility of witnesses, duty to deliberate, and the rules of law that I previously instructed you to follow in deciding this case also apply to your deliberations regarding this count.

## INSTRUCTION NO. 1

### Count 2 – Possession of Firearm by Convicted Felon

Count 2 of the indictment charges the Defendant, Larry Briggs, with violating federal law by being a convicted felon in possession of a firearm.

For you to find the Defendant guilty of this offense, you must be convinced that the government has proved each and every one of the following elements beyond a reasonable doubt:

**First**, That the defendant has been convicted of a crime punishable by imprisonment for more than one year. The government and the defendant have agreed that defendant has previously been convicted of a crime punishable by imprisonment for more than one year;

**Second**, That the defendant, following his conviction, knowingly possessed a firearm specified in the indictment; and

**Third**, That the specified firearm crossed a state line prior to the alleged possession.

The government does not necessarily have to prove that the Defendant physically possessed the firearm in order for you to find him guilty of Count 2. The law recognizes two kinds of possession -- actual possession and constructive possession. Either of these, if proved by the government, is enough to convict.

To establish actual possession, the government must prove that the Defendant had direct, physical control over the firearm, and knew that he had control of it.

To establish constructive possession, the government must prove that the Defendant

had the right to exercise physical control over the firearm, and knew he had this right, and that he intended to exercise physical control over the firearm at some time, either directly or through other persons.

For example, if you left something with a friend intending to come back later and pick it up, or intending to send someone else to pick it up for you, you would have constructive possession of it while it was in the actual possession of your friend.

But understand that just being present where something is located does not equal possession. The government must prove that the Defendant had actual or constructive possession of the firearm, and knew that he did, for you to find that he possessed it.

The term "firearm" means any weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive. The term firearm also means the frame or receiver of any such weapon, any firearm muffler or firearm silencer, any ammunition or any destructive device.

The term "knowingly" means voluntarily and intentionally, and not because of mistake or accident.

If you are convinced that the government has proved all the elements, say so by returning a guilty verdict on the charge. If you have a reasonable doubt about any one of these elements, then you must find the defendant not guilty of the charge.



## INSTRUCTION NO. 2

While deliberating, you may consider any evidence offered by the parties at any stage of the trial. Any verdict you reach must be unanimous. In other words, to return a verdict you all must agree on it.

I have prepared a Verdict Form for your use in making your verdict. After you have reached unanimous agreement on a verdict, your foreperson will fill in the form that has been given to you and advise the Marshal outside the door that you are ready to return to the courtroom.